**COURTROOM DEPUTY MINUTES**  **DATE: JULY 12, 2005**
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 2:48-3:01

- [x] INITIAL APPEARANCE
- [x] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [x] ARRAIGNMENT
- [x] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **VANZETTA P. MCPHERSON** DEPUTY CLERK: **WANDA STINSON**

CASE NO. 1:05CR152-T-CSC          DEFT. NAME: HOUSTON MIKE HOLLY

USA: Jerry Moore          ATTY: Leslie Smith

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO
(x) Stand In ONLY

USPTSO/USPO: Ron Thweatt

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES  NAME: _____

- [x] kars.    Date of Arrest 7/12/05    or  [ ] karsr40
- [x] ia.      Deft. First Appearance. Advised of rights/charges.  [ ] Pro/Sup Rel Violator
- [ ] kcnsl.   Deft. First Appearance with Counsel
- [ ]          Deft. First Appearance without Counsel
- [ ]          Requests appointed Counsel    [ ] ORAL MOTION for Appointment of Counsel
- [x] kfinaff. Financial Affidavit executed  [ ] to be obtained by PTSO
- [ ] koappted ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- [ ] k20appt. Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [x]          Deft. Advises he will retain counsel. Has retained _____
- [ ]          Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]          Government's WRITTEN Motion for Detention Hrg. filed.
- [ ] kdmhrg.  Detention Hearing [ ] held; [ ] set for _____ at _____
- [ ] kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] kodtn.   ORDER OF DETENTION PENDING TRIAL entered
- [x] kocondrls. Release order entered. Deft. advised of conditions of release
- [x] bnd.     [ ] BOND EXECUTED (M/D AL charges) $25,000. Deft released (kloc LR)
             [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [ ] kloc.(LC) Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ]          Preliminary Hearing [ ] Set for _____
- [ ] ko.      Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl.  Waiver of [ ] preliminary hearing; [ ]Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]          Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- [x] karr.    ARRAIGNMENT SET FOR: _____ [x] HELD. Plea of **NOT GUILTY** entered.
             [x] Set for 10/12/05 Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____
             DISCOVERY DISCLOSURES DATE: 7/15/05
- [ ] krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. Identity/Removal Hearing set for _____
- [x] kwvspt   **Waiver of Speedy Trial Act Rights Executed**

Deft w/ed consult w/ ~~counsel~~ retained counsel before executing waiver of speedy trial.