IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 JUL 18 P 1:38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA,

    Plaintiff

Vs.                                CR.NO. 1:05 CR 152-T

HOUSTON MIKE HOLLY, and
JOHNNIE GRIMES d/b/a
GRIMES GROCERY,

    Defendants.

## NOTICE OF APPEARANCE

COMES now Sydney Albert (Al) Smith Attorney at Law, and files herein a **NOTICE OF APPEARANCE** as counsel for HOUSTON MIKE HOLLEY.

Counsel in making his appearance, requests:

1. That all notices of continuances, trial settings, docket settings, or otherwise, announcements or notices regarding said case be forwarded to him at his address provided herein.

2. That the name of counsel be entered herein on the appropriate Court records and that he be designated as counsel of record.

Respectfully submitted this the July 13, 2005.

                                      _____
                                      Sydney Albert (Al) Smith    SMI098
                                      Attorney at Law
                                      P. O. Drawer 389
                                      Elba, Al 36323
                                      Phone:    334-897-3658

    Fax:  334-897-8633
    email:  sydneyalbertsmith@charter.net

## CERTIFICATE OF SERVICE

 I hereby certify that I have served a copy of the foregoing by placing same in the United States Mail, postage paid, and addressed as follows:

| | |
|---|---|
| Honorable Tommie Brown Hardwick<br>Assistant United States Attorney<br>Middle District of Alabama<br>One Court Square<br>Suite 201<br>Montgomery, Alabama 36104 | Leslie Smith<br>Federal Defenders<br>407 The RSA Tower<br>201 Monroe Street<br>Montgomery, AL 36104 |

_____  7/14/05
Of Counsel        Date