IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05CR152-T |
| | ) | |
| HOUSTON MIKE HOLLY | ) | |
| JOHNNIE GRIMES | ) | |

**ORDER**

For good cause, it is

**ORDERED** that a FED.R.CRIM.P. 44 hearing be and is hereby set for **August 2, 2005, at 10:00 a.m.**, in courtroom 4B, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

**ORDERED** that if the defendants are in custody, the United States Marshal or the person having custody of the defendant shall produce the defendants for the proceeding.

Done this 21st day of July, 2005.


　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE