IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) CR. NO. *1:05-CR-152-T* |
| *Houston Mike Molloy* | ) |
| | ) |

### WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, *Houston Mike Molloy*, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

_____  
**DATE**

_____  
**DEFENDANT**

_____  
**ATTORNEY FOR DEFENDANT**