IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

Vs.                              CR.NO. 1:05 CR 152-T

HOUSTON MIKE HOLLY, and
JOHNNIE GRIMES d/b/a
GRIMES GROCERY,

    Defendants.

## MOTION TO WITHDRAW

    COMES now Sydney Albert (Al) Smith Attorney at Law, and files a motion to withdraw as counsel for HOUSTON MIKE HOLLEY, and cites as grounds therefore as follows:

    1. On August 4, 2005, Mr. Holley advised the undersigned that he wished counsel to withdraw and that he intended to retain Mr. David Harrison to represent him in this cause.

    2. All file material and discovery will be forwarded to Mr. Harrison upon request.

    Respectfully submitted this the August 5, 2005.

                                        S/Sydney Albert (Al) Smith
                                        ASB-3560-H70S
                                        Attorney at Law
                                        P. O. Drawer 389
                                        Elba, Al 36323
                                        Phone:    334-897-3658
                                        Fax:       334-897-8633
                                        email: sydneyalbertsmith@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing electronically to:
Honorable Tommie Brown Hardwick
Assistant United States Attorney

Middle District of Alabama
One Court Square
Suite 201
Montgomery, Alabama 36104

and by U. S. Mail, postage paid, to:

Mr. David Jerome Harrison
Attorney at Law
PO Box 994
Geneva , AL 36340-0994

        s/Sydney Albert Smith    08/05/05
        Of Counsel               Date