IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05cr152-T |
| | ) | |
| HOUSTON MIKE HOLLY | ) | |

## **ORDER**

Upon consideration of the motion to withdraw as counsel of record filed by Sydney Albert (Al) Smith (doc. # 28) on behalf of the defendant, it is

ORDERED that the motion to withdraw be and is hereby held in abeyance pending notice of appearance of counsel for the defendant.

Done this 8th day of August, 2005.

                                            /s/Charles S. Coody
                                     CHARLES S. COODY
                                     CHIEF UNITED STATES MAGISTRATE JUDGE