IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| V. | * | CR NO: 1:05cr152 |
| | * | |
| HOUSTON MIKE HOLLEY, | * | |

### NOTICE OF APPERANCE

**COMES NOW**, the undersigned attorney and places this Honorable Court on notice that he will be representing Defendant, Houston Mike Holley, in the above-styled cause.

**RESPECTFULLY** submitted this the 8th day of August, 2005.

David J. Harrison, HAR149
Attorney for Defendant
P.O. Box 994
Geneva, Alabama 36340
(334) 684-8729