**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT  
Clerk

TELEPHONE:  
334 954-3600

August 15, 2005

## *NOTICE OF DEFICIENCY*

TO:         Attorney David Harrison

FROM:    Sheila Carnes  
              Deputy Clerk

SUBJECT: United States v Houston Mike Holly  
               Cr No. 1:05-cr-00152-T

The Notice of Appearance filed by your office in this case on August 8, 2005, does not include a certificate of service. Pursuant to the CM/ECF Criminal Administrative Procedures for e-filing, all documents e-filed must include a certificate of service. If you have questions regarding this matter, a copy of the procedures may be found on the Court's website or you may contact me directly at 954-3972.