IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05cr152-T |
| | ) | WO |
| HOUSTON MIKE HOLLY | ) | |

**ORDER**

Now pending before the court is the August 5, 2005, motion to withdraw (doc. # 28) filed by attorney Sydney Albert (Al) Smith on behalf of the defendant. The court held the motion in abeyance pending new counsel filing a notice of appearance. On August 17, 2005, attorney David J. Harrison filed an amended notice of appearance on defendant Holly's behalf. Accordingly, it is

ORDERED that attorney Sydney Albert (Al) Smith's motion to withdraw (doc. # 28) be and is hereby GRANTED.

Done this 19th day of August, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE