| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form |

PSN 1.  ✓

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>1:05cr152-T |
|---|---|
| DEFENDANT<br>HOUSTON MIKE HOLLY and JOHNNIE GRIMES d/b/a GRIMES GROCERY | TYPE OF PROCESS<br>LIS PENDENS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

COFFEE COUNTY JUDGE OF PROBATE

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

POST OFFICE BOX 311247 - ENTERPRISE, ALABAMA 36331

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (334) 223-7280

DATE: JULY 5, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Cl;erk<br>Karen A. Chavers | Date 7/5/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 8/17/05   Time: 12:37 pm

Signature of U.S. Marshal or Deputy: Karen A. Chavers

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|
| | | | ∅ | | RETURNED AND FILED |

REMARKS:
Served by case agent.
Received recorded copy 8/17/05

AUG 26 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

OFFREC  323    1
Recorded In Above Book and Page
08/15/2005 10:57:36 AM
William O. Gammill
Probate Judge
Coffee County, AL

RECEIVED
2005 AUG 17 P 12: 37
UNITED STATES
MARSHALS SERVICES
MIDDLE ALABAMA

Recording Fee 15.00, TOTAL 15.00

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CR. NO. 1:05cr152-T |
| | ) |
| HOUSTON MIKE HOLLY, and | ) |
| JOHNNIE GRIMES d/b/a | ) |
| GRIMES GROCERY | ) |

## NOTICE OF LIS PENDENS/LEVY

GRANTEE:  Johnny P. Grimes (Owner of Record)

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER THE DEFENDANT AND/OR THE GRANTEE any interest in the real property described in this Notice of Lis Pendens/Levy.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Code of Alabama (1975) Sections 35-4-131 and 132, as made applicable hereto by the provisions of Title 28, United States Code, Section 1964, that on June 29, 2005, an INDICTMENT was returned by a Grand Jury sitting in the Middle District of Alabama charging in the FORFEITURE ALLEGATION of the INDICTMENT, pursuant to Title 21, United States Code, Section 853, that the following described real property known as Grimes Grocery, located at 5138 County Road 636, Enterprise, Coffee County, Alabama, together with all appurtenances and improvements thereto, has become, and is condemned and forfeited to, the United States of America under the provisions of Title 21, United States Code, Section 853:

> Parcel Number 003.000, County 19, Township 18, Area 02, Section 09, 1/4 0, Block 000 as shown on the Parcel Summary for said tract by Coffee County, Alabama.

Said property belonging to Johnny P. Grimes as shown by Warranty Deed dated December 30, 1992, and recorded at Book 113, Page 48 in the Land Records of Coffee County, Alabama.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 21, United States Code, Section 853(k) prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of Title 21, United States Code, Section 853(n), following the entry of any order of forfeiture.

Done this 5th day of July, 2005.

_____
JOHN T. HARMON
Assistant United States Attorney

Address of Counsel:

United States Attorney's Office
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov