IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 SEP 30 A 10: 03

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 1:05cr00152-T |
| v. | ) | [21 USC 841(f)(1)] |
| | ) | |
| HOUSTON MIKE HOLLY, d/b/a | ) | |
| GRIMES GROCERY | ) | INFORMATION |

The United States Attorney charges:

### COUNT 1

On or about August 15, 2002, in Geneva County, Alabama, within the Middle District of Alabama,

HOUSTON MIKE HOLLY,

defendant herein, in violation of this subchapter, namely, Title 21, United States Code, Section 841(c)(2), did knowingly distribute a listed chemical, to-wit: pseudoephedrine, other than in violation of a record-keeping and reporting requirement of section 830 of Title 21, all in violation of Title 21, United States Code, Section 841(f)(1).

### Forfeiture Allegation

A.  Count 1 of this Information is hereby repeated and incorporated herein by reference.

B.  Upon conviction for violation of Title 21, United States Code, Section 841, as alleged in Count 1, the defendants,

HOUSTON MIKE HOLLY, d/b/a
GRIMES GROCERY,

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner

or part to commit and to facilitate the commission of the violation alleged in Count 1 of this Information, including but not limited to the following:

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, real property known as Grimes Grocery, located at 5138 County Road 636, Enterprise, Coffee County, Alabama, more particularly described as follows:

> One lot of land containing one acre, and being better described as follows: Begin where the West line of the NE1/4 of the NW1/4, Section 9, Township 3, Range 21 intersects the South boundary of Coffee County Highway 14; thence East 800 feet along the South line of County Road 14 and to Point of Beginning; thence 210 feet South; thence 210 feet East; thence 210 feet North to the South boundary of Highway 14; thence 210 feet West along the South boundary of said lot to the Point of Beginning. Said property being a part of the NE1/4 of the NW1/4, Section 9, Township 3, Range 21, Coffee County, Alabama, and being a part of that conveyance to Grantors by conveyance dated May 29, 1920 and recorded in Deed Book 12, Page 234, Office of the Judge of Probate, Enterprise, Coffee County, Alabama.

C.   If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendants up to the value of the forfeitable property, all in violation of Title 21, United States Code, Sections 841, 846, and 853, and Title 18, United States Code, Section 2.

_/s/ Leura G. Canary_
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_/s/ Tommie Brown Hardwick_
TOMMIE BROWN HARDWICK
Assistant United States Attorney

_/s/ John T. Harmon_
JOHN T. HARMON
Assistant United States Attorney