FILED

# United States District Court

OCT - 4 2005

__MIDDLE__ DISTRICT OF __ALABAMA__

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

HOUSTON MIKE HOLLY

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:05-cr-00152-T

I, ____HOUSTON MIKE HOLLY____, the above named defendant, who is accused of

VIOLATIONS OF TITLE 21 USC § 841(f)(1),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on_____ prosecution by indictment and consent that the
                                    *Date*
proceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
       *Judicial Officer*