| | | | |
|---|---|---|---|
| COURTROOM DEPUTY MINUTES | DATE: 10/4/05 | FTR RECORDING: | 2:47 - 3:04 |
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: RISA ENTREKIN | | |

☐ ARRAIGNMENT  √ CHANGE OF PLEA  ☐ CONSENT PLEA

☐ RULE 44(c) HEARING  ☐ SENTENCING

---

PRESIDING MAG. JUDGE: *CHARLES S. COODY*  DEPUTY CLERK: *WANDA STINSON*

CASE NUMBER: *1:05CR152*-T-CSC  DEFENDANT NAME: HOUSTON MIKE HOLLY

AUSA: TOMMIE HARDWICK  DEFENDANT ATTY: *DAVID J. HARRISON*

Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (√) CDO

USPO: DOUG MATHIS

Defendant ____ does  √ does NOT need and interpreter.

Interpreter present?  √ NO  ___ YES  Name: _____

---

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing  ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

√ **WAIVER OF INDICTMENT** executed and filed.

√ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**  ☐ Not Guilty  ☐ Nol Contendere  ☐ Not Guilty by reason of insanity

√ Guilty as to:  √ Count(s) 1 of the Felony Information.

☐ Count(s) _____  ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered. √ Written plea agreement filed. ☐ OPEN/ORAL Plea Agreement.

☐ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

√ **ORDER:** Defendant Continued under √ Same Conditions/Bond imposed; ☐ Released on Bond & Conditions of Release for: ☐ Trial on _____; √ Sentencing on _____; √ To be set by Separate Order

☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____; or ☐ Sentencing on _____ ☐ set by separate Order.