# <u>MINUTES</u>

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE          AT __MONTGOMERY,__ ALABAMA

DATE COMMENCED __JANUARY 27, 2006__        AT _____3:32_____ A.M./P.M.

DATE COMPLETED __JANUARY 27, 2006__        AT _____3:40_____ A.M./P.M.

UNITED STATES OF AMERICA              )
                                      )
        v                             )      Cr No. 1:05cr152-001-MHT
                                      )
HOUSTON MIKE HOLLY                    )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Tommie Hardwick | X | Atty David Harrison |
| | X | |
| | X | |
| | X | |

### COURT OFFICIALS PRESENT:

| David Sapp, | Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Clerk | Court Reporter |

### PROCEEDINGS:

( ) NONJURY TRIAL
(X) OTHER PROCEEDING:   SENTENCING HEARING


3:32  p.m.    Sentencing hearing commenced.
              Terms of plea agreement were stated on the record; PO
              concurs; Court accepts plea agreement.  Sentence imposed.
              **ORAL ORDER,** during sentence imposition, granting motions for
              downward departure [63] and motion for reduction in criminal
              offense level [61].  ORDER entered continuing the
              defendant's release on bond pending voluntary surrender.
              Defendant's oral representation that he has no interest in
              property sought to be forfeited.  Government files motion to
              dismiss indictment.
3:40  p.m.    Hearing concluded.