IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 1:05cr152-T |
| ) | |
| HOUSTON MIKE HOLLY ) | |

## MOTION TO DISMISS COUNTS 1 - 3 OF THE INDICTMENT WITH PREJUDICE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss Counts 1-3 of the Indictment With Prejudice, heretofore filed in the above-styled cause against HOUSTON MIKE HOLLY, on the following grounds, to wit: The Defendant HOUSTON MIKE HOLLY has entered a guilty plea to an Information to related charges and in the interest of justice.

Respectfully submitted this the 26th day of January, 2006.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB 4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:05cr152-T |
| | ) | |
| HOUSTON MIKE HOLLY | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2006, I hand delivered a copy of the foregoing on:

David J. Harrison, Esquire.

Respectfully submitted,

/s/ Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB4152 W86T